RECEIVED
IN MONROE, LA
JUL 17 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 3:06cv474 |
| VS. | * | JUDGE JAMES |
| LEE CARLTON WILLIAMS SR. and MARGARET CATER WILLIAMS | * | MAGISTRATE JUDGE SHEMWELL |

## JUDGMENT

The defendants having been duly served, more than the required number of days having elapsed, and defendants having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor thereof,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Plaintiff, United States of America, and against defendants, LEE CARLTON WILLIAMS SR. and MARGARET CATER WILLIAMS, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. §1961, as follows:

| | |
|---|---|
| Unpaid principal balance of $23,500.00 note dated March 6, 1978 | $ 16,671.31 |
| Accrued interest as of January 26, 2006 | 4,816.88 |
| Plus interest thereafter at the note rate of 5% until date of judgment | |
| Unpaid principal balance of $135,290.00 note dated June 9, 1999 | $105,499.47 |
| Accrued interest as of January 26, 2006 | 2,440.59 |

Plus interest thereafter
at the note rate of 3.75%
until date of judgment

| | |
|---|---|
| Reinscription cost | 30.00 |
| Reinscription cost | 30.00 |
| Title Opinion | 175.00 |
| Filing Fee | 97.00 |

with full recognition and maintenance of Plaintiff's special mortgage, lien and privilege upon the following described property, to-wit:

RICHLAND PARISH, LOUISIANA
From the SW corner of SE¼ of Sec. 21, T17N-R8E run East a distance of 767.00 feet; thence North 13 deg 15 min West a distance of 30.00 feet to the north R/W line of road and the POINT OF BEGINNING; thence continue North 13 deg 15 min West a distance of 306.00 feet; thence East a distance of 110.00 feet; thence South 13 deg 15 min East a distance of 306.00 feet to the north R/W line of road; thence West along north R/W line of road a distance of 110.00 feet back to the POINT OF BEGINNING.
Containing one acre and being situated in the SW¼ of SE¼ Sec 21, T17N-R8E.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the said hereinabove described property be seized and sold by the United States Marshal for the Western District of Louisiana, at public auction, <u>with appraisement</u>, for cash, to the highest bidder, and that out of the proceeds of said sale Plaintiff be paid by preference and priority over all other persons whomsoever, the amount of the claim with interest and that the amount realized from said sale be credited "pro tanto" upon the amount of the judgment herein and if not sufficient to pay and discharge the same, the unpaid balance of said judgment to be enforceable in accordance with law and against any and all property belonging to Defendants.

Finally, IT IS ORDERED that plaintiff have judgment for all costs of this proceeding.

JUDGMENT RENDERED AND SIGNED in _Monroe_, Louisiana, this _17_ day of _July_, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT